# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DIAMOND MCCATTLE CO. LLC, ET AL** | **CIVIL ACTION NO. 3:18-CV-00229** |
| **VERSIS** | **JUDGE TERRY A. DOUGHTY** |
| **RANGE LOUISIANA OPERATING LLC** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Ruling of the Court,

**IT IS ORDERED** that Plaintiff's Appeal of Magistrate Judge Decision [Doc. No. 41] is **GRANTED,** and Plaintiffs' Motion to Amend Complaint [Doc. No. 26] is **GRANTED**. The Clerk of Court is instructed to enter Plaintiffs' First Amended and Completely Restated Complaint [Doc. No. 26-1] into the record.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, subsequent to the entry of Plaintiffs' First Amended and Completely Restated Complaint into the record, Plaintiffs' Motion to Remand [Doc. No. 35] is **GRANTED**. This Court **REMANDS** this action to the 2nd Judicial District Court, Jackson Parish, Louisiana.

Monroe, Louisiana, this 21st day of December, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**